UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DATATERN, INC. | ) |
| Plaintiff, | ) Civil Action No. 11-cv-11977-RBC |
| v. | ) |
| APERIO CI, INCORPORATED | ) |
| Defendant. | ) |

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), the plaintiff DataTern, Inc. hereby voluntarily dismisses this action against defendant Aperio CI, Inc. without prejudice.

Respectfully submitted,

DATATERN, INC.
By its attorneys:

　　　/s/  Lee Carl Bromberg
William A. Zucker (BBO# 541240)
Lee Carl Bromberg (BBO# 058480)
Erik Paul Belt (BBO# 558620)
Daniel J. Kelly (BBO # 553926)
Kara A. Lynch (BBO # 659920)
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, Massachusetts 02110
Tel: (617) 449-6500
Fax: (617) 607-9200
Email: wzucker@mccarter.com
Email: lbromberg@mccarter.com
Email: ebelt@mccarter.com
Email: dkelly@mccarter.com
Email: klynch@mccarter.com

Of Counsel:

Scott J. Nathan (BBO# 547278)
200 Homer Avenue
Ashland, MA 01721
Tel: (508) 881-0060
Email:sjnathan@mindspring.com